Raymond A. Myer (SB No. 109202)
MYER LAW
1220 ½ State Street
Santa Barbara, CA 93101
(805) 962-0083 Telephone
(805) 962-2372 Facsimile

Attorneys for ARCH INSURANCE COMPANY, a Missouri Corporation; and AIS CONSTRUCTION COMPANY, a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for The use and benefit of DIXON MARINE SERVICES, INC.<br><br>        Use-Plaintiff/Plaintiff<br><br>v.<br><br>ARCH INSURANCE COMPANY, a Missouri Corporation; CH2M HILL, INC., a Florida Corporation; AIS CONSTRUCTION COMPANY, a California Corporation,<br><br>        Defendants. | **Case No.:  2:10-cv-02231-LKK-EFB**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ARCH INSURANCE COMPANY AND AIS CONSTRUCTION COMPANY TO RESPOND TO COMPLAINT** |

   WHEREAS, on or about August 18, 2010, Use-Plaintiff, DIXON MARINE SERVICES, INC. ("Plaintiff") filed a complaint in this action ("Complaint") against Defendants ARCH INSURANCE COMPANY, a Missouri Corporation ("Arch"); CH2M HILL, INC., a Florida Corporation ("CH2M"); and AIS CONSTRUCTION COMPANY, a California Corporation ("AIS").

   WHEREAS, the attorney for Arch and AIS recently returned from vacation and has requested additional time to respond to the Complaint;

   NOW, THEREFORE, IT IS HEREBY STIPULATED that the time for Arch and AIS to respond to the Complaint in this action shall be extended to October 6, 2010.

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

IT IS FURTHER STIPULATED that this Stipulation can be executed by any party through the means of telecopy of facsimile copy which may be attached to this Stipulation and that a telecopy or facsimile signature shall be effective, valid and enforceable as if it was an original signature for purposes of filing this Stipulation with the Court and this Stipulation may be executed in one or more counterparts or executed on one or more separate signature pages irrespective of the date of its execution and delivery, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

IT IS SO STIPULATED.

DATED:   September 23, 2010          MYER LAW


                                     By:_/s/Raymond A. Myer_____
                                          RAYMOND A. MYER
                                     Attorneys for ARCH INSURANCE COMPANY
                                     and AIS CONSTRUCTION COMPANY

DATED:   September 27, 2010          McNEIL, SILVEIRA, RICH & WILEY


                                     By:__/s/Mark J. Rice _____
                                          MARK J. RICE
                                     Attorneys for Use-Plaintiff
                                     DIXON MARINE SERVICES, INC.

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

**Order**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the time for Defendants ARCH INSURANCE COMPANY and AIS CONSTRUCTION COMPANY to respond to the Complaint in this action shall be extended to and including October 6, 2010.

DATED:   September 28, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT