UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
for the use and benefit of
DIXON MARINE SERVICES, INC.,

        Plaintiff,

   v.

ARCH INSURANCE COMPANY, a
Missouri Corporation;
CH2M HILL, INC., a Florida
Corporation; AIS CONSTRUCTION
COMPANY, a California
Corporation,

        Defendants.
_____/

NO. CIV. S-10-2231 LKK/EFB

O R D E R

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in chambers on November 1, 2010. Mark J. Rice appeared telephonically as counsel for plaintiff; Marianne Stein appeared telephonically as counsel for defendants AIS Construction Company and Arch Insurance Company. After hearing, the court makes the following findings and orders:

////

////

1

1    Jurisdiction is predicated upon 28 U.S.C. § 1331, is disputed
2 and defendant is to file a motion to dismiss within thirty (30)
3 days.
4    IT IS SO ORDERED.
5    DATED: November 4, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2