MARK J. RICE (SBN 124934)
McNEIL, SILVEIRA, RICE & WILEY
55 Professional Center Parkway, Suite A
San Rafael, CA 94903
Telephone: (415) 472-3434
Facsimile: (415) 472-1298

Attorneys for Use-Plaintiff
Dixon Marine Services, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for The use and benefit of DIXON MARINE SERVICES, INC.<br><br>    Use-Plaintiff/Plaintiff<br><br>ARCH INSURANCE COMPANY, a Missouri Corporation; CH2M HILL, INC., a Florida Corporation; AIS CONSTRUCTION COMPANY, a California Corporation,<br><br>    Defendants. | **Case No.:  2:10-cv-02231-LKK-EFB**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ARCH INSURANCE COMPANY AND AIS CONSTRUCTION COMPANY TO FILE MOTION TO DISMISS** |

WHEREAS, on or about August 18, 2010, Use-Plaintiff DIXON MARINE SERVICES, INC. ("Plaintiff") filed a complaint in this action ("Complaint") against Defendants ARCH INSURANCE COMPANY, a Missouri Corporation ("Arch"); CH2M HILL, INC., a Florida Corporation ("CH2M"); and AIS CONSTRUCTION COMPANY, a California Corporation ("AIS").

WHEREAS, this Court has set December 1, 2010 as the date by which Arch and AIS must file a Motion to Dismiss in this case.

WHEREAS the attorneys for Arch, AIS and Plaintiff have been actively engaged in settlement discussions and have exchanged offers on behalf of their respective clients.

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS**

WHEREAS, Plaintiff's counsel requires additional time to evaluate and investigate jurisdictional issues and complete related informal discovery.

WHEREAS, the filing of a Motion to Dismiss would be counter-productive in light of ongoing settlement discussions.

WHEREAS, the parties are willing to engage in mediation if the case cannot be settled within 60 days following entry of the Order based on this Stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED that the date by which Arch and AIS must file the Motion to Dismiss in this action shall be extended to March 31, 2011.

IT IS SO STIPULATED.

DATED: November 29, 2010        MYER LAW

                                        /S/

                                By:_____
                                    RAYMOND A. MYER
                                    MARIANNE STEIN
                                Attorneys for Defendants ARCH INSURANCE COMPANY and AIS CONSTRUCTION COMPANY

DATED: November 29, 2010        McNEIL, SILVEIRA, RICH & WILEY

                                        /S/

                                By:_____
                                    MARK J. RICE
                                Attorneys for Use-Plaintiff
                                DIXON MARINE SERVICES, INC.

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS**

**Order**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the time for Defendants ARCH INSURANCE COMPANY and AIS CONSTRUCTION COMPANY to File the Motion to Dismiss in this action shall be extended to March 31, 2011.

DATED:   December 2, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT