MARK J. RICE (SBN 124934)
McNEIL, SILVEIRA, RICE & WILEY
55 Professional Center Parkway, Suite A
San Rafael, CA 94903
Telephone: (415) 472-3434
Facsimile:   (415) 472-1298

Attorneys for Use-plaintiff
DIXON MARINE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DIXON MARINE SERVICES, INC.<br><br>　　　　Use-Plaintiff / Plaintiff,<br><br>　v.<br><br>ARCH INSURANCE COMPANY, a Missouri Corporation; AIS CONSTRUCTION COMPANY, a California Corporation,<br><br>　　　　Defendants. | Case No.: 2:10-cv-02231-LKK-EFB<br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE OF ARCH INSURANCE COMPANY and AIS CONSTRUCTION COMPANY** |

To the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO):

　　　Pursuant to Federal Rule of Civil Procedure, Rule 41(a), as a result of settlement of the Action, Plaintiffs Dixon Marine Services, Inc. and Defendants ARCH INSURANCE COMPANY and AIS CONSTRUCTION COMPANY hereby stipulate to and request dismissal of the referenced action with prejudice, and each party to bear their own costs and fees.  CH2M Hill, Inc. was previously dismissed.

　　　IT IS SO STIPULATED.

1.

STIP AND DISMISSAL WITH PREJUDICE OF ARCH AND AIS　　　CASE NO. 2:10-cv-02231-LKK-EFB

1 | DATED: May 23, 2011                    McNEIL, SILVEIRA, RICE & WILEY

2

3

4                                         By_____/s/_____
                                              MARK J. RICE
5                                         Attorneys for Use-Plaintiff
                                          DIXON MARINE SERVICES, INC.
6

7
Dated: May 24, 2011
8
                                          By_____/s/_____
9                                             Raymond Myer
                                          Attorney for Defendants
10                                        AIS CONSTRUCTION COMPANY and
                                          ARCH INSURANCE COMPANY
11

12

13
        The court accepts the above stipulation.  IT IS ORDERED that this matter be dismissed
14 with

15 prejudice.

16 DATED:   May 25, 2011.

17
                                          _____
18                                        LAWRENCE K. KARLTON
                                          SENIOR JUDGE
19                                        UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27
                                              2.
28 STIP AND DISMISSAL WITH PREJUDICE OF ARCH AND AIS      CASE NO. 2:10-cv-02231-LKK-EFB